# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MICHAEL RENE ROSS,

      Plaintiff,

vs.   Civil No. 00-1497 BB/WWD

STATE OF NEW MEXICO, COUNTY
OF McKINLEY, COUNTY OF BERNALILLO,
CORRECTIONAL SERVICES CORPORATION,
MANAGEMENT AND TRAINING CORPORATION,
DOCTOR KRUIS, DOCTOR DONALD
BEDINGFELD, NURSE JEANNIE KING,
JOHN DOES (UNKNOWN OTHERS),

      Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court upon a Motion to Compel Plaintiff to Answer Interrogatories and Respond to Request for Production filed by Defendants Management and Training Corporation ("MTC") and Jeannie King on August 1, 2001 **(Doc. 35)**. The docket reflects that Plaintiff served interrogatories on Defendant Management and Training Corporation on April 10, 2001 (Doc. 28), and on May 7, 2001, Defendant served interrogatories and requests for production on Plaintiff (Doc. 31).

Because this is a civil rights case brought by a plaintiff who is incarcerated, it is excluded from the usual pretrial case management procedures. See D.N.M.LR-Civ.16.3. As of this date, parties have not sought commencement of discovery from the Court nor has the undersigned determined that the case should proceed along the normal pretrial course. Accordingly, the

motion is DENIED without prejudice, and I am entering a STAY of discovery in this case *sua sponte* until parties are otherwise advised.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE